**Taariq S. IRSHAAD, Appellant,**

v.

**Deputy Aaron HESS; Captain Stacy Sinner, Appellees.**

No. 07–2712.

United States Court of Appeals, Eighth Circuit.

Submitted: April 3, 2009.

Filed: April 7, 2009.

Taariq S. Irshaad, Bayport, MN, pro se.

Warden–MN, Bayport, MN, for Appellant.

Gregory James Griffiths, Dunlap & Seeger, Rochester, MN, for Appellees.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Taariq Irshaad appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After de novo review, *see Ramlet v. E.F. Johnson Co.*, 507 F.3d 1149, 1152 (8th Cir.2007), we conclude that summary judgment was properly granted because there was no genuine issue as to any material fact and appellees were entitled to judgment as a matter of law. We also hold that the district court did not abuse its discretion in denying Irshaad's motion for appointment of counsel. *See Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir.1998). Accordingly, we affirm. *See* 8th Cir. R. 47B.

[1]. The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.